**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

April 28, 2015

Hon. J. Rolando Olvera Jr.
Presiding Judge, 5th Administrative Judicial Region
200 N. Almond St.
Alice, TX 78332
* DELIVERED VIA E-MAIL *

Hon. J. R. 'Bobby' Flores
139th District Court
Hidalgo County Courthouse
100 N. Closner
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Laura Hinojosa
District Clerk
100 N Closner - 1st Floor
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Carlos E. Hernandez Jr.
Attorney at Law
200 E. Cano Street
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Tiffany Cox
Ogletree, Deakins, Nash, Smoak & Stewart
2700 Weston Centre
1200 E. Pecan Street
San Antonio, TX 78205-1551
* DELIVERED VIA E-MAIL *

Hon. Lawrence D. Smith
Ogletree, Deakins, Nash, Smoak & Stewart
2700 Weston Centre
1220 East Pecan Street
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00160-CV
Tr.Ct.No.  C-6316-13-C
Style:    In re Brenntag Southwest, Inc.

Enclosed please find the opinion issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.